

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00027-CR

_____

WESLEY LEON SPANGLER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 115th Judicial District Court
Upshur County, Texas
Trial Court No. 15,051

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Wesley Leon Spangler, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Spangler and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Jack Carter
Justice

Date Submitted:     February 1, 2011
Date Decided:       February 2, 2011

Do Not Publish